889 A.2d 1063

JERROLD B. KNOEPFLER, PLAINTIFF–APPELLANT, v. GUARD-
IAN LIFE INSURANCE COMPANY OF AMERICA, ET AL.,
DEFENDANTS–RESPONDENTS.

December 8, 2005.

Petition by the United States of Appeals for the Third Circuit
for certification of a state question of law pursuant to *Rule* 2:12A–
1 is denied.